## MURPHY v. BROADDUS COMMON SCHOOL DIST. NO. 26.

### No. 3040.

Court of Civil Appeals of Texas. Beaumont.

Jan. 21, 1937.

W. T. Davis, of San Augustine, for appellant.

J. R. Bogard, of San Augustine, for appellee.

WALKER, Chief Justice.

This appeal is before us without brief by either party, and is, therefore, dismissed for want of prosecution.